# EXHIBIT G

**EXHIBIT G: U.S. PATENT NO. 12,363,134 INFRINGEMENT CLAIM CHART[1]**

| Claim 1 | Accused Products |
|---|---|
| A computing system comprising | The preamble is presumptively not limiting. To the extent the preamble is limiting, the Accused Products are a computing system.<br><br>Guardium Data Security Center overview<br><br>Last Updated: 2026-08-04<br><br>IBM® Guardium® Data Security Center SaaS protects your data from current and emerging risks, including AI threats and cryptographic attacks, through unified security controls. The offering helps you manage the full data security lifecycle, from discovery to remediation, across all your data environments. Use the unified platform to help you break down organizational silos and empower collaboration through integrated workflows, a common view of data assets, centralized compliance policies, and an open ecosystem.<br><br>(Guardium Data Security Center overview, IBM, https://www.ibm.com/docs/en/gdsc/saas?topic=guardium-data-security-center-overview) |

[1] The evidence of infringement identified in the below chart is exemplary and nonlimiting. QuickVault reserves the right to rely on additional and/or alternative aspects of the Accused Products and related components during this litigation for the purpose of establishing infringement.

| | |
|---|---|
| | **Guardium topology**<br>– Basic stand-alone architecture: The most basic architecture is for monitoring several databases in one data center: one stand-alone collector appliance and several Guardium S-TAP agents that are installed on the monitored database servers. The S-TAP agents capture and send the relevant database activities to the one Guardium collector for analysis, parsing, and logging.<br>– Mid-size architecture: The mid-size architecture monitors numerous databases across data centers. It consists of multiple collector appliances and numerous S-TAP agents that are installed on the monitored database servers in each data center. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to an aggregator appliance for central reporting. In this example, the aggregator appliance is also serving as the central management appliance for the solution that enables federated management capabilities, such as Access Management, patching, and metadata repository.<br>– Enterprise architecture: The enterprise architecture monitors numerous databases across multiple data centers and continents. This architecture example consists of many collector appliances and numerous S-TAP agents that are installed on mainframe and distributed database servers across data centers. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to the respective aggregator appliance for central reporting. A dedicated Central Manager appliance provides federated management capabilities, such as Access Management, patching, and metadata repository.<br><br>(Components and topology, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=started-components-topology) |

<table>
<tr>
<td>one or more network devices, the one or more network devices comprising one or more microprocessors and one or more memories that store executable instructions that, when executed by the one or more microprocessors, facilitate performance of operations, comprising:</td>
<td>

# File activity monitoring functionality

Last Updated: 2026-02-19 AI

FAM functionality on Windows™ and UNIX® file servers is similar to data monitoring. Understand the similarities and differences.

FAM Support lists the supported platforms for FAM discovery, classification, and monitoring.

*Figure 1. FAM functionality in UNIX file servers*




*Figure 2. FAM functionality in Windows file servers*




(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality)
</td>
</tr>
</table>

| | |
|---|---|
| | **Guardium topology**<br>– Basic stand-alone architecture: The most basic architecture is for monitoring several databases in one data center: one stand-alone collector appliance and several Guardium S-TAP agents that are installed on the monitored database servers. The S-TAP agents capture and send the relevant database activities to the one Guardium collector for analysis, parsing, and logging.<br>– Mid-size architecture: The mid-size architecture monitors numerous databases across data centers. It consists of multiple collector appliances and numerous S-TAP agents that are installed on the monitored database servers in each data center. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to an aggregator appliance for central reporting. In this example, the aggregator appliance is also serving as the central management appliance for the solution that enables federated management capabilities, such as Access Management, patching, and metadata repository.<br>– Enterprise architecture: The enterprise architecture monitors numerous databases across multiple data centers and continents. This architecture example consists of many collector appliances and numerous S-TAP agents that are installed on mainframe and distributed database servers across data centers. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to the respective aggregator appliance for central reporting. A dedicated Central Manager appliance provides federated management capabilities, such as Access Management, patching, and metadata repository.<br><br>(Components and topology, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=started-components-topology)<br><br>All products / IBM Guardium Data Protection / 12.x / Was this topic helpful?<br>Windows: S-TAP user's guide<br>Last Updated: 2026-03-31 AI<br>The Guardium S-TAP is a lightweight software agent installed on database servers and file servers. The S-TAP generally accounts for between 1% - 3% of CPU usage. In most installations, the impact is negligible with no noticeable impact on performance. The information collected by the S-TAPs is the basis of all Guardium traffic reports, alerts, visualizations, etc.<br><br>(*Windows: S-TAP user's guide*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=windows-s-tap-users-guide) |

<table>
<tr>
<td>receiving meta data associated with an endpoint, the meta data comprising: an endpoint identifier that is indicative of the endpoint with which the meta data is associated, and one or more of an electronic file name, a user identifier, and one or more data tags;</td>
<td>

**Discovery and classification**

FAM discovery and classification (Windows file system, AIX file system, Red Hat, and Ubuntu) give entitlement and content classification details of given file server folders. Based on its results, you can create smart policies, define groups, and audit their files, focusing on the important assets (by using FAM monitoring).

The basic discovery scan identifies the list of folders and files, their owner, access permissions, size, and the date and time of the last update. It also identifies user permissions and group permissions. Discovery supports all file types. Classification is defined by decision plans. Each decision plan contains rules for recognizing a certain type of data. (Decision plans for File Activity Monitoring are analogous to classification policies for Data Activity Monitoring.) FAM classification for Linux® and Windows is based on IBM Content Classification. Classification supports many types of files, including: Plain text, HTML, Office, PDF, PST (Microsoft™ Outlook folder; Microsoft Outlook must be installed), and NSF (Lotus Notes®® database) format. Lotus Notes is not required but NSF is supported by running a script that is installed with IBM® Content Classification. For complete lists of supported text types, see What data types are supported and `Oracle Text Supported Document Formats` in Oracle documentation. Default decision plans exist for HIPAA, PCI, SOX, and Source Code. You can change the classification entities from the resulting reports or investigation dashboard, by using the default decision plans. In addition, you can create new plans, or modify existing plans, by using the Content Classifier workbench, a Windows application you upload to your collector appliance. See the requirements for IBM Content Classification Version 8.8, in the http://www-01.ibm.com/support/docview.wss?uid=swg27020838 IBM technote. Plans are activated and configured through the Guardium® Installation Manager (GIM).

Discovery and classification are handled by a discovery agent, called the file crawler. The file crawler sends the file metadata, and data from its discovery and classification processes, to the Guardium system. The scan schedule is configurable. Subsequent (incremental) scans, after initial discovery and classification, identify incremental changes of new and changed files only. Install and configure the file crawler with the Guardium Installation Manager (GIM) just as you would any other bundle.

(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality)

# Guardium Data Protection data marts

Last Updated: 2026-03-02

Many historical and non-historical data marts can be exported from Guardium® Data Protection systems to Guardium Data Security Center.

For for information about configuring historical and non-historical data export, see Export data from Guardium Data Protection systems.

When historical data export is configured for Guardium Data Protection aggregators and central managers configured to act as aggregators, the following data marts are sent to Guardium Data Security Center for the user-defined time period:

- Aggregator Access Log - Detailed
- Aggregator Access Log Detailed Overflow
- Aggregator Classifier Results
- Aggregator Exception Log
- Aggregator Full SQL
- Aggregator Full SQL Overflow
- Aggregator Objects
- Aggregator Policy Violations - Detailed
- Aggregator Policy Violations Overflow
- Aggregator Sentences
- Aggregator Session Log
- Aggregator Session Log Ended
- Aggregator VA Results

</td>
</tr>
</table>

(Guardium Data Protection data marts, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=systems-guardium-data-protection-data-marts)

## Default report tags

Guardium Insights provides these predefined report tags:

- Activity
- Assets
- Audit-activity
- Brute-force
- Classification
- Connections
- Connection-events
- Data mart
- Denial-of-Service
- Guardium-monitoring
- Guardium-activity
- Insider
- Insider-and-privileged-activity
- Internal
- Notification
- Outliers
- Privileged-activity
- Vulnerability

You can also create your own report tags when creating or working with a custom report.

## Report data points and columns

Default Guardium Insights report data types include:

| | |
|---|---|
| Created time | The time when the asset was created |
| Updated time | The time when the asset was updated |

| | |
|---|---|
| OS user | OS user |
| DB user | Database user is the user that connected to the database, either locally or remotely |
| Client IP | Client IP address |
| Client hostname | Client hostname |

(Predefined reports, tags, and data points, IBM, https://www.ibm.com/docs/en/guardium-insights/3.x?topic=reports-predefined-tags-data-points)

| | |
|---|---|
| | The default dashboards contain data for the last hour presented in one or more of:<br>– Trimetric charts (3–axis data graphs). The default view is a color map. Additional views are bar graph, bubble graph, line graph, pie graph, step graph, and area graph.<br>– Results table: provides the search results and investigation features of the original quick search. The Results Table is always at the bottom of the dashboard. It can be added to any dashboard. Tabs are:<br>▪ Activity: Summary and Details tabs showing monitored data, based on the file server policy rules. Each row in the Summary tab gives the number of instances of recorded access activities per server and OS user. The Details tab adds the Server Hostname, Server, Client Hostname, Client IP, OS user, File Full Name, Command, Date and Time. Each row in the Details tab gives full details on one activity. Data in the Activity tab is consistent with the date and time of the collector.<br>▪ Outliers: see Interpreting file activity outliers in the investigation dashboard<br>▪ Errors: Summary and Details tabs. Each row in the Summary tab gives the number of instances of reported errors per server and client IP, and the date. The Detailed Summary adds the error details, and the time. Each row in the Details tab gives full details on one error.<br>▪ Violations: Summary and Details tabs. Each row in the Summary tab gives the number of instances of recorded violations per server, source program and OS user combination. The Detailed Summary adds the Client IP, severity, violation and violation details, date, and time. Each row in the Details tab gives full details on one violation. Data in the Violations tab is consistent with the data and time of the file server.<br>▪ Entitlement: Summary and Details tabs. For file servers, this tab presents sensitive data based on the current FAM decision plans. Each row in the Summary tab gives the number of instances of recorded access activities per server and owner. The Details tab adds the Server Hostname, full path, Type, , Size, Classification Entities (the decision plan that caused this file to be identified as sensitive), Owner, Client Hostname, Client IP, OS user, File Full Name, users and groups with write, read, execute, and delete permissions, last modification, Version (Sharepoint only), creation time, Date, and Time. Each row in the Details tab gives full details on one activity. You can use the data in this table to create policy rules and groups for file servers, see Creating a FAM policy rule from the Investigative Dashboard Entitlements tab.<br><br>(Investigation Dashboard for files, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=dashboards-investigation-dashboard-files) |
| analyzing the meta data based on one or more of a configured setting and a policy; | **Monitor, Audit, and Block**<br><br>FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events.<br><br>(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |

| | |
|---|---|
| | **Policies**<br>Last Updated: 2026-02-19 AI<br>Policies are sets of rules and actions applied in real time to the database traffic observed by a Guardium system. Policies define which traffic is ignored or logged, which activities require more granular logging, and which activities should trigger an alert or block access to the database.<br><br>(Policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-policies)<br><br>**Discover**<br>Last Updated: 2026-02-19 AI<br>Discovery refers to processes of locating and identifying objects in your environment that must be tracked for security and compliance purposes.<br>Discovery is the process of finding important objects such as privileged users, sensitive data, and datasources. Classification is the process of appropriately identifying what is discovered for security and compliance purposes. These processes of discovery and classification are important in large organizations where mergers, acquisitions, and legacy systems introduce new objects to your environment in unstructured or unpredictable ways. Guardium® helps you incorporate these objects into your environment so you can enforce effective security policies and ensure compliance.<br>A common scenario involves the discovery of sensitive data. Sensitive data refers to regulated information like credit card numbers, personal financial data, social security numbers, and other information that requires special handling. Guardium supports two different approaches for discovering sensitive data: by using the Discover Sensitive Data workflow builder, or by using the Policy Builder with other Guardium tools. The Discover Sensitive Data workflow builder is intended as an all-inclusive tool for establishing discovery and classification processes for sensitive data. Use it to specify rules for discovery, define actions to take on discovered data, specify which data sources to scan, distribute reports, and run the workflow on an automated schedule. For more advanced users, the Policy Builder supports more granular discovery and classification rules that can be easily incorporated into existing processes and Guardium applications.<br><br>(Discover, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=discover)<br><br>**Using rules for file activity policies**<br>Last Updated: 2026-02-19 AI<br>A file activity monitoring policy specifies how Guardium handles different file activity events. Each policy consists of a set of ordered rules. Each rule in a policy defines a conditional action that is taken when the rule matches. The conditional test can be simple, for example a user accesses a specific location, or a complex test that considers multiple conditions. The action ranges from nothing to blocking the event. Multiple grouping and alerting actions can be combined and ordered to create sophisticated responses to matched rules.<br>You can, for example, define policies for these cases:<br>– Log a policy violation if John writes into the CONFIDENTIAL folder<br>– Block a group of users from deleting the file SALARIES.XLS<br>– Send an e-mail to Krishna if JENNY reads from any files that begin with the name sample*<br>– Audit all accesses to any file that has been classified as containing sensitive data related to PCI<br><br>(Using rules for file activity policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-using-rules-file-activity-policies) |

| | |
|---|---|
| | Active threat analytics<br><br>Last Updated: 2026-04-21 AI<br><br>The active threat analytics dashboard shows potential security breach cases, based on the outlier mining process and on identified attack symptoms. In this dashboard, you can view and investigate cases, and take actions on individual cases.<br><br>Active threat analytics runs on central managers and stand-alone units.<br><br>(Active threat analytics, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-active-threat-analytics) |
| determining, based on the analyzing of the meta data, a pattern of data activity that constitutes a deviation from normal behavior, wherein the deviation from normal behavior is determined based on a detected data activity that deviates from an average data activity for one or more of a user, a set of users, the endpoint, and a set of endpoints, wherein the detected data activity is determined by detecting that a | Guardium Data Security Center overview<br><br>Last Updated: 2026-05-12<br><br>IBM® Guardium® Data Security Center protects your data from current and emerging risks, including AI threats and cryptographic attacks, through unified security controls. The offering helps you manage the full data security lifecycle, from discovery to remediation, across all your data environments. Use the unified platform to help you break down organizational silos and empower collaboration through integrated workflows, a common view of data assets, centralized compliance policies, and an open ecosystem.<br><br>(*Guardium Data Security Center overview*, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=guardium-data-security-center-overview) |

| | |
|---|---|
| significant volume of the meta data, relative to historical behavior, is associated with one or more of the user, the set of users, the endpoint, and the set of endpoints; and | **Monitor, Audit, and Block**<br><br>FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events.<br><br>In UNIX servers, file activity monitoring is implemented by the S-TAP, running on the file server. For NFS volumes, it is important that an S-TAP installed and configured on all servers that access those volumes. One S-TAP agent can manage both file server and database activity monitoring. If you have licenses for both capabilities, you can use the same S-TAP agent for both file and database activity monitoring. Install and configure S-TAP with the Guardium Installation Manager (GIM) just as you would any other bundle.<br><br>In Windows servers, file activity monitoring is implemented by the FamMonitor bundle. It is installed independently from S-TAP.<br><br>UID chain for FAM: FAM identifies the process and the user that performed the access (and not external programs). For instance if Process 1 (`user janedoe`) creates Process 2 (`user johndoe`), then for file events that are related to process 2, FAM reports the UID chain of `{janedoe, johndoe}`. For example, `(1,root,systemd)>(10077,root,sshd)>(50136,root,sshd)>(50169,donald,sshd)>(50170,donald,bash)->(50217,donald,ls)`<br><br>UID chain is always enabled in Windows databases. For Linux-Unix, enable the UID chain with the **hunter_trace** parameter. For more information, see Linux-Unix: General Parameters.) Monitoring activities are presented in the following predefined reports: **Users privileges**, **File privileges**, **Count of activity per user**, **Count of activity per client**, **Files open to "public"**, **Dormant users**, **Dormant Files**, and others. In addition, monitoring activities are also shown in the **FAM - Access report** (log of all monitored activity), and in the Investigation Dashboard.<br><br>Access to files can also be blocked, even if the operating system permissions allow access. The rules are preinstalled into the S-TAP, which then loads them into the file system filter driver. The driver blocks access to the file so that the data in the file is never delivered to the user.<br><br>(*File activity monitoring functionality*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |

| | |
|---|---|
| | The default dashboards contain data for the last hour presented in one or more of:<br>– Trimetric charts (3–axis data graphs). The default view is a color map. Additional views are bar graph, bubble graph, line graph, pie graph, step graph, and area graph.<br>– Results table: provides the search results and investigation features of the original quick search. The Results Table is always at the bottom of the dashboard. It can be added to any dashboard. Tabs are:<br>▪ Activity: Summary and Details tabs showing monitored data, based on the file server policy rules. Each row in the Summary tab gives the number of instances of recorded access activities per server and OS user. The Details tab adds the Server Hostname, Server, Client Hostname, Client IP, OS user, File Full Name, Command, Date and Time. Each row in the Details tab gives full details on one activity. Data in the Activity tab is consistent with the date and time of the collector.<br>▪ Outliers: see Interpreting file activity outliers in the investigation dashboard<br>▪ Errors: Summary and Details tabs. Each row in the Summary tab gives the number of instances of reported errors per server and client IP, and the date. The Detailed Summary adds the error details, and the time. Each row in the Details tab gives full details on one error.<br>▪ Violations: Summary and Details tabs. Each row in the Summary tab gives the number of instances of recorded violations per server, source program and OS user combination. The Detailed Summary adds the Client IP, severity, violation and violation details, date, and time. Each row in the Details tab gives full details on one violation. Data in the Violations tab is consistent with the data and time of the file server.<br>▪ Entitlement: Summary and Details tabs. For file servers, this tab presents sensitive data based on the current FAM decision plans. Each row in the Summary tab gives the number of instances of recorded access activities per server and owner. The Details tab adds the Server Hostname, full path, Type, , Size, Classification Entities (the decision plan that caused this file to be identified as sensitive), Owner, Client Hostname, Client IP, OS user, File Full Name, users and groups with write, read, execute, and delete permissions, last modification, Version (Sharepoint only), creation time, Date, and Time. Each row in the Details tab gives full details on one activity. You can use the data in this table to create policy rules and groups for file servers, see Creating a FAM policy rule from the Investigative Dashboard Entitlements tab.<br><br>(*Investigation Dashboard for files*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=dashboards-investigation-dashboard-files) |

# Active threat analytics

Last Updated: 2026-04-21 AI

The active threat analytics dashboard shows potential security breach cases, based on the outlier mining process and on identified attack symptoms. In this dashboard, you can view and investigate cases, and take actions on individual cases.

Active threat analytics runs on central managers and stand-alone units.

(*Active threat analytics*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-active-threat-analytics)

# Outliers

Last Updated: 2026-03-19

Guardium® Insights uses Outliers to automatically identify abnormal server and user behavior, providing early detection of possible attacks.

The Outliers feature looks for anomalies in activity on a database or by a database user. It studies this activity over a certain period and builds a statistical model based on these observations. It then flags deviations in the statistical model to identify potential risks. These deviations are called outliers. They are based on the abnormality in the type of activity that is done, the time of the activity, the source of the activity, or a combination. For example, an outlier can be a user that usually queries the database 10 times a day and one day queries the database 1000 times instead.

In these examples or any others, it is the deviation of the activity that creates outliers. This way, the Outliers feature can indicate a security violation that is taking place, even if the activities themselves do not directly violate an existing security policy. Therefore, it can be a valuable tool in identifying danger in actions that are not inherently dangerous independently, that standard safeguards might overlook.

(Outliers, IBM, https://www.ibm.com/docs/en/guardium-insights/3.x?topic=outliers)

| | |
|---|---|
| | # Outliers detection<br><br>Last Updated: 2026-06-30 AI<br><br>Enable and start auditing outlier detection in two easy steps, letting Guardium do the work of identifying abnormal server and user behavior, and providing early detection of possible attacks.<br><br>An outlier is behavior by a particular source (in DAM either a database or a particular user on a database, and in FAM either a server or an OS user), in a particular time period or scope that is outside of the *normal* time frame or scope of the particular database or user's activity. Outliers can indicate a security violation that is taking place, even if the activities themselves do not directly violate an existing security policy.<br><br>User activity that is identified as a suspected outlier includes:<br>– User accessing a table for the first time<br>– User selecting specific data in a table that he has never selected before<br>– Activity that itself is not unusual, but its volume is unusual<br>– 12.2.3 and later These findings are deprecated in 12.2.3:<br>▪ Exceptional volume of errors. For example, an application generates more SQL errors than the application has generated in the past. This exceptional error volume could indicate that a SQL injection attack is in progress.<br>▪ Activity that itself is not unusual, but the time of activity is unusual. For example, a DBA is accessing a particular table more frequently than in the past. This increased access frequency could indicate that the DBA is slowly downloading small amounts of data over time.<br><br>(*Outliers detection*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-outliers-detection) |

# Threat detection engines

Guardium provides three threat detection engines that work together to identify security threats. When threats are detected, the engines generate observations that are correlated into cases for investigation. For more information, see Case correlations and observations.

**Eagle eye**

Detects anomalous database access patterns and suspicious behaviour. Cases are created based on symptom analysis, confidence scores, and risk thresholds.

- Runs only on collectors.
- Analyzes database activity to identify observations including:
  - Multiple failed authentication attempts
  - High volume of privilege grants from a single grantor
  - Successful authentication after repeated failed attempts

**Threat finder**

Identifies known threat patterns and attack signatures. Tracks policy violations and creates cases when violations reach a configured threshold within a 1-hour period.

Threat finder uses security policies to define what constitutes a threat. You can use out-of-the-box policy templates or create custom categories to detect specific attack patterns. For more information, see Security monitoring policies.

- Runs only on collectors.
- Requires **Quick search** enablement.
- Identifies observations including:
  - Systematic database fingerprinting in SQL injection activity
  - Side-channel exploitation techniques in SQL injection activity
  - Advanced cross-site scripting activity involving sophisticated script execution

**Outlier mining**

Detects unusual behaviour patterns by comparing current activity to historical baselines. Cases are created when anomalous behaviour patterns are detected based on statistical analysis of database access patterns within a 1-hour period.

- Runs on central managers, aggregators, and collectors.
- Requires **Quick search** enablement.
- Identifies observations including:
  - High volume of database read operations
  - High volume of schema modification operations
  - Login attempts originating from unrecognized source program detected

(*Managing threat processes*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=analytics-managing-threat-processes)

# Threat categories in Guardium® 12.2.3 and later

12.2.3 and later This feature is available in 12.2.3 and later versions of Guardium.

Guardium uses a consolidated threat detection approach with 13 threat categories. Advanced detection capabilities are integrated into their respective threat categories for comprehensive coverage, combining basic and advanced patterns for enhanced detection.

**Anomaly**

Anomalies are behaviors that are contrary to "normal" behavior in any aspect of tracked activity. Guardium identifies anomalies by using outlier mining (including the volume of outliers, severity of individual events, and predicted volume of outliers at specific times of day), and an anomaly detection algorithm.

(*Threat category descriptions*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=analytics-threat-category-descriptions)

| | |
|---|---|
| | **Session-level policies**<br>Last Updated: 2026-02-19 AI<br>Session-level policies and advanced session-level policies create new possibilities for detecting suspicious behavior of users of services as well as security incidents. Session-level policies are created using the **Policy Builder for Data**, and advanced session level policies are created as scripts using the SR language and uploaded to Guardium using the **Policy Builder for Data**.<br>Session-level policies create new possibilities for detecting suspicious service user behavior as well as security incidents. Session-level policies can detect issues such as credential stuffing, denial of service (DoS) attacks, password spraying attacks, data exfiltration, and administrative security breaches. Session-level policies include machine learning algorithms for security anomaly detection. Use session-level policy rules to effectively tailor analyzed traffic for security processing and information event management (SIEM) in real time, and evaluate the level of session trust.<br>The quality of a security system depends on its ability to detect suspicious behavior of service users. As Data Security Standards (DSS) and Data Protection Regulations (DPR) are updated and become more stringent, session-level policies cover important data security requirements.<br>(*Session-level policies*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=policies-session-level)<br>**Predefined reports, tags, and data points**<br>Last Updated: 2026-05-12<br>Guardium® Data Security Center offers several predefined reports that help you quickly and easily identify security risks, such as inappropriately exposed objects, users with excessive rights, and unauthorized administrative actions. These predefined reports can be copied and customized. They cannot be deleted or modified in any way. Examples of the many predefined reports include: Client IP activity summary, Full SQL, Exception details, and Sensitive object usage.<br>(*Predefined reports, tags, and data points*, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=reports-predefined-tags-data-points) |

| | |
|---|---|
| | # Active Risk Spotter - Risky Users Scores<br><br>This report details the current risky users, including the server IP, the overall risk score, and scores for all of the risk indicators.<br><br>(*Predefined admin reports*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=reports-predefined-admin)<br><br>**Column name** \| **Description** \| **Further Action**<br>Anomaly Score \| Summary Tab: A calculated aggregate value based on the volume of outliers, the severity of individual events, the predicted volume of outliers for a given time of day, and other factors. For example, on a system that typically identifies 0 outliers at 1am and 5-10 outliers at 1pm during weekdays, the presence of two additional outliers (of 2 outliers at 1am or of 12 outliers at 1pm) is more significant, and weighted more heavily, than the hourly total itself. Details Tab: The anomaly score is only relevant for a high volume event. \| Right-click the score to open a menu with additional actions you can perform. In the Details tab the score can be 0, indicating that the individual events are not suspicious on their own, but the accumulated events in that hour are suspicious.<br><br>(*Interpreting file activity outliers in the investigation dashboard*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=detection-interpreting-file-activity-outliers-in-investigation-dashboard)<br><br># Outliers detection clustering<br><br>Last Updated: 2026-02-19 AI<br><br>User clustering divides the system's users into clusters based on their activity. During the outliers scoring process, outliers detection compares the activity of the users in a group. Analyzing groups of users increases the accuracy of the results, and decreases the number of false positives.<br><br>When a user's activity is unusually high, or has many errors, Guardium compares its activity with its cluster's activity and changes the user scores, as relevant.<br><br>(*Outliers detection clustering*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=detection-outliers-clustering) |

<table>
<tr>
<td>in response to determining the deviation from normal behavior, performing one or more responsive actions.</td>
<td>
Guardium Data Security Center overview<br>
Last Updated: 2026-05-12<br><br>
IBM® Guardium® Data Security Center protects your data from current and emerging risks, including AI threats and cryptographic attacks, through unified security controls. The offering helps you manage the full data security lifecycle, from discovery to remediation, across all your data environments. Use the unified platform to help you break down organizational silos and empower collaboration through integrated workflows, a common view of data assets, centralized compliance policies, and an open ecosystem.<br><br>
(Guardium Data Security Center overview, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=guardium-data-security-center-overview)<br><br>
Guardium comes with a set of predefined alerts that can be found in the Alert Builder.<br><br>
Open the Alert Builder by going to Protect > Database Intrusion Detection > Alert Builder. When you open the Alert Builder, you are presented with a list of all existing alerts. Select an alert from the finder and click Modify to edit it.<br><br>
In the Modify Alert page, modify any part of the alert, such as receivers or threshold.<br><br>
You cannot modify the default queries that the alerts are based on. If you want to modify a query, click the Edit this Query icon for any query to open the Query-Report Builder. Once in the builder, clone any query, and then modify the clone to suit your needs.<br><br>
After making changes to an alert, click Apply to save them.<br><br>
This table describes all predefined alerts.<br><br>
Table 1. Predefined Alerts
<table>
<tr><th>Alert</th><th>Description</th></tr>
<tr><td>Active Risky Users - Risky Users Score</td><td></td></tr>
<tr><td>12.1 and later Outlier with anomaly score 90 and above</td><td>Alert once an hour if an outlier with anomaly score 90 and above is encountered.</td></tr>
</table>
(Predefined alerts, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=alerts-predefined)
</td>
</tr>
</table>

| | |
|---|---|
| | All products / IBM Guardium Data Protection / 12.x / Was this topic helpful?<br><br>**Managing correlation alerts**<br><br>Last Updated: 2026-02-19 AI<br><br>An alert is a message that indicates that an exception or policy rule violation was detected. Create and manage correlation alerts from the Add Alert page.<br><br>(*Managing correlation alerts*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-managing-correlation-alerts) |

# Notifications

Last Updated: 2026-02-19 AI

Use the Alerter and Alert Builder to create notifications. When email or other notifications are required for alerting actions, follow this procedure for each type of notification to be defined.

## Alerter configuration

1. Before you choose alerting actions, you must be configure the email SMTP settings in theAlerter
2. Open the Alerter by clicking **Protect > Database Intrusion Detection > Alerter.**
3. Fill out the SMTP and/or SNMP information.
4. After filling out each section, click **Test Connection**, and verify that the connection is working. You will receive a message stating the connection is unreachable if the connection is not working.
5. Click **Apply** to save the configuration.
6. At a minimum, IP Address/Host name, port, and return email address must be specified.
7. Select *Mail* from the **Notification Type** menu. If the Severity of the message is *HIGH*, the Urgent flag is set.
8. Select a user (which can be an individual or group) from the **Alert Receiver** list. Additional receivers for real-time email notification are Invoker (the user that initiated the actual SQL command that caused the trigger of the policy) and Owner (the owner/s of the database). The Invoker and Owner are identified by retrieving user IDs (IP-based) configured by using the Guardium® APIs.
9. Click **Add**.

## Build an alert

1. After configuring the Alerter, open the Alert Builder by clicking **Protect > Database Intrusion Detection > Alert Builder**.
2. Fill out the information in the Settings, Alert Definition, Alert Threshold, and Notification sections and click **Apply**.
3. Choose who will receive the notifications by clicking **Add Receiver..** and choosing a user.

(*Notifications*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=alerts-notifications)

| | |
|---|---|
| | # Active threat analytics<br>Last Updated: 2026-04-21 AI<br>The active threat analytics dashboard shows potential security breach cases, based on the outlier mining process and on identified attack symptoms. In this dashboard, you can view and investigate cases, and take actions on individual cases.<br>Active threat analytics runs on central managers and stand-alone units.<br>(*Active threat analytics*, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-active-threat-analytics)<br># Discover<br>Last Updated: 2026-02-19 AI<br>Discovery refers to processes of locating and identifying objects in your environment that must be tracked for security and compliance purposes.<br>Discovery is the process of finding important objects such as privileged users, sensitive data, and datasources. Classification is the process of appropriately identifying what is discovered for security and compliance purposes. These processes of discovery and classification are important in large organizations where mergers, acquisitions, and legacy systems introduce new objects to your environment in unstructured or unpredictable ways. Guardium® helps you incorporate these objects into your environment so you can enforce effective security policies and ensure compliance.<br>(Discover, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=discover)<br># Predefined reports, tags, and data points<br>Last Updated: 2026-03-19<br>Guardium® Insights offers several predefined reports that help you quickly and easily identify security risks, such as inappropriately exposed objects, users with excessive rights, and unauthorized administrative actions. These predefined reports can be copied and customized. They cannot be deleted or modified in any way. Examples of the many predefined reports include: Client IP activity summary, Full SQL, Exception details, and Sensitive object usage.<br>(Predefined reports, tags, and data points, IBM, https://www.ibm.com/docs/en/guardium-insights/3.x?topic=reports-predefined-tags-data-points) |

| | |
|---|---|
| | **Rule criteria**<br>For any given file access, rule criteria are used to evaluate whether a particular action should be taken. For any datasource or group of datasources (file servers), the rule criteria that you can specify include:<br>**User:** The OS user who is accessing files. This can also be a group of users, as defined in a Guardium group. If this is left blank then the rule applies to all users (except root).<br>**File Path:** This can be a Windows or UNIX file path, an individual file path, or a group of file paths, as defined in a Guardium group. This cannot be blank (except when removable media is selected). You can also select to monitor the subdirectories in the file path. Wild cards in the name specification:<br>– The '*' character matches any number of any characters<br>– The '?' character matches one single character<br>– For UNIX, use back slash to escape * and ?<br><br>**GuardAPI examples: create policy with multi-Action Rule**<br>Multi-Action Rule for FAM - Multi-action rules are comprised of multiple actions, each one is per a specified command category or a specified group. The commands in a FAM context are: Read, Write, Delete, Execute and File Operation. If the system does not support Multi-Action Rules, it ignores the rule and continues to the next rule.<br>`grdapi create_policy ruleSetDesc=policy1 isFam=true`<br>`grdapi create_fam_rule policyName=policy1 ruleName=rule1 serverHost="x.x.x.x" filePath="/famtest/*"`<br>`add_action_to_fam_rule policyName=policy1 ruleName=rule1 command="DELETE, READ" actionName="Alert and Audit" notificationType="SYSLOG"`<br>`add_action_to_fam_rule policyName=policy1 ruleName=rule1 command="WRITE" actionName="Alert and Audit" notificationType="MAIL"`<br><br>(Using rules for file activity policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-using-rules-file-activity-policies) |

| | |
|---|---|
| | The default dashboards contain data for the last hour presented in one or more of:<br>– Trimetric charts (3–axis data graphs). The default view is a color map. Additional views are bar graph, bubble graph, line graph, pie graph, step graph, and area graph.<br>– Results table: provides the search results and investigation features of the original quick search. The Results Table is always at the bottom of the dashboard. It can be added to any dashboard. Tabs are:<br>▪ Activity: Summary and Details tabs showing monitored data, based on the file server policy rules. Each row in the Summary tab gives the number of instances of recorded access activities per server and OS user. The Details tab adds the Server Hostname, Server, Client Hostname, Client IP, OS user, File Full Name, Command, Date and Time. Each row in the Details tab gives full details on one activity. Data in the Activity tab is consistent with the date and time of the collector.<br>▪ Outliers: see Interpreting file activity outliers in the investigation dashboard<br>▪ Errors: Summary and Details tabs. Each row in the Summary tab gives the number of instances of reported errors per server and client IP, and the date. The Detailed Summary adds the error details, and the time. Each row in the Details tab gives full details on one error.<br>▪ Violations: Summary and Details tabs. Each row in the Summary tab gives the number of instances of recorded violations per server, source program and OS user combination. The Detailed Summary adds the Client IP, severity, violation and violation details, date, and time. Each row in the Details tab gives full details on one violation. Data in the Violations tab is consistent with the data and time of the file server.<br>▪ Entitlement: Summary and Details tabs. For file servers, this tab presents sensitive data based on the current FAM decision plans. Each row in the Summary tab gives the number of instances of recorded access activities per server and owner. The Details tab adds the Server Hostname, full path, Type, , Size, Classification Entities (the decision plan that caused this file to be identified as sensitive), Owner, Client Hostname, Client IP, OS user, File Full Name, users and groups with write, read, execute, and delete permissions, last modification, Version (Sharepoint only), creation time, Date, and Time. Each row in the Details tab gives full details on one activity. You can use the data in this table to create policy rules and groups for file servers, see Creating a FAM policy rule from the Investigative Dashboard Entitlements tab.<br><br>(Investigation Dashboard for files, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=dashboards-investigation-dashboard-files) |

| | |
|---|---|
| | **Monitor, Audit, and Block**<br><br>FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events.<br><br>In UNIX servers, file activity monitoring is implemented by the S-TAP, running on the file server. For NFS volumes, it is important that an S-TAP installed and configured on all servers that access those volumes. One S-TAP agent can manage both file server and database activity monitoring. If you have licenses for both capabilities, you can use the same S-TAP agent for both file and database activity monitoring. Install and configure S-TAP with the Guardium Installation Manager (GIM) just as you would any other bundle.<br><br>In Windows servers, file activity monitoring is implemented by the FamMonitor bundle. It is installed independently from S-TAP.<br><br>UID chain for FAM: FAM identifies the process and the user that performed the access (and not external programs). For instance if Process 1 (`user janedoe`) creates Process 2 (`user johndoe`), then for file events that are related to process 2, FAM reports the UID chain of `{janedoe, johndoe}`. For example, `(1,root,systemd)>(10077,root,sshd)>(50136,root,sshd)>(50169,donald,sshd)>(50170,donald,bash)->(50217,donald,ls)`<br><br>UID chain is always enabled in Windows databases. For Linux-Unix, enable the UID chain with the **`hunter_trace`** parameter. For more information, see Linux-Unix: General Parameters.) Monitoring activities are presented in the following predefined reports: **`Users privileges`**, **`File privileges`**, **`Count of activity per user`**, **`Count of activity per client`**, **`Files open to "public"`**, **`Dormant users`**, **`Dormant Files`**, and others. In addition, monitoring activities are also shown in the **`FAM - Access report`** (log of all monitored activity), and in the Investigation Dashboard.<br><br>Access to files can also be blocked, even if the operating system permissions allow access. The rules are preinstalled into the S-TAP, which then loads them into the file system filter driver. The driver blocks access to the file so that the data in the file is never delivered to the user.<br><br>(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |

| | |
|---|---|
| | **Attack surface reduction**<br>IBM Guardium Discover and Classify helps to minimize your attack surface by categorizing and eliminating data that has been duplicated, is unused or is no longer critical to protect. It takes inventory of sensitive data throughout the ecosystem and uses tagging capabilities to classify risk assessments and generate context around data assets. By only keeping necessary sensitive data and getting rid of old or useless records and files, you can better address compliance and reporting requirements.<br><br>(IBM Guardium Discover and Classify, IBM, https://www.ibm.com/products/guardium-discover-and-classify)<br><br>**File system agent**<br><br>The InfoSphere Guardium Data Encryption file system agent process is always running in the background. The agent intercepts any attempt to access data files, directories, or executables that you are protecting. The InfoSphere Guardium Data Encryption file system agent forwards the access attempt to the security server and, based upon the applied policy, the security server grants or denies the attempted access.<br><br>InfoSphere Guardium Data Encryption protection extends beyond simply allowing or denying access to a file, you can also encrypt files. Just the file contents is encrypted, but the file metadata is left intact. Therefore, you do not have to decrypt an encrypted file just to see it's name, timestamps, file type, and so on. This allows data management applications to perform their functions without exposing the file contents. For example, backup managers can backup specific data, without being able to see the contents.<br><br>If an encrypted file is accessed by an unauthorized user, its contents are worthless without the appropriate security server approval and encryption keys. However, users with the correct policies and permissions are unaware that encryption and decryption are taking place.<br><br>(IBM InfoSphere Guardium Data Encryption for encryption of data at rest, IBM, https://www.ibm.com/docs/en/db2/12.1.x?topic=rest-infosphere-guardium-data-encryption) |

| | |
|---|---|
| | The following are the key functional areas of Guardium's database security solution:<br>– Vulnerability assessment. This includes not just discovering known vulnerabilities in database products, but also providing complete visibility into complex database infrastructures, detecting misconfigurations, and assessing and mitigating these risks.<br>– Data discovery and classification. Although classification alone does not provide any protection, it serves as a crucial first step toward defining proper security policies for different data depending on its criticality and compliance requirements.<br>– Data protection. Guardium addresses data encryption at rest and in transit, static and dynamic data masking, and other technologies for protecting data integrity and confidentiality.<br>– Monitoring and analytics. This includes monitoring of database performance characteristics and complete visibility in all access and administrative actions for each instance. On top of that, advanced real-time analytics, anomaly detection, and security information and event management (SIEM) integration can be provided.<br>– Threat prevention. This refers to methods of protection from cyberattacks such as distributed denial-of-service (DDoS) or SQL injection, mitigation of vulnerabilities that are not patched and other database-specific security measures.<br>– Access management. This goes beyond basic access controls to database instances. The rating process focused on more sophisticated, dynamic, policy-based access management capable of identifying and removing excessive user privileges, managing shared and service accounts, and detecting and blocking suspicious user activities.<br>– Audit and compliance. This includes advanced auditing mechanisms beyond native capabilities, centralized auditing and reporting across multiple database environments, enforcing separation of duties, and tools supporting forensic analysis and compliance audits.<br><br>(IBM Guardium, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=overview-guardium)<br><br>**Extrusion actions**<br>Last Updated: 2026-02-19 AI<br><br>Use the REDACT and GET_SERVER_DATA actions to manage sensitive data.<br><br>Available extrusion actions:<br>– REDACT<br>– GET_SERVER_DATA<br><br>**REDACT**<br>The REDACT action requires *log record affected* and *inspect return data* to be enabled for the inspection engine. It is executed on analyzer level of sniffer processing and can prevent execution of the first SQL statement without redaction being applied with the firewall mode activated.<br><br>(Extrusion actions, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=actions-extrusion) |

| | |
|---|---|
| | – **Redacting data example**<br>The REDACT rule action is similar to redaction in extrusion rules. Use REDACT to replace a matched pattern in SQL statements that are sent from client to server and mask the matched values.<br><br>(Session-level policy examples, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=policies-session-level-policy-examples)<br><br>IBM Guardium Data Encryption provides encryption offerings that make data unreadable at the file, database, or application level, regardless of where it is stored.<br><br>By using methods, such as tokenization, it can convert a meaningful piece of data (for example, an account number) into a random string of characters (a token) that has no meaningful value if breached.<br><br>Other capabilities include data masking that is useful when only parts of a data field must be obfuscated. This encryption solution can also assist administrators who must establish and maintain access control policies that can be mapped to compliance requirements for audit reporting.<br><br>IBM Guardium Data Encryption provides the following benefits:<br>► Granular data encryption at the file, database, or application level for data that is stored on-premises or in the cloud.<br>► Obscure data at rest with tokenization or specific parts of data fields with data masking.<br>► Consistent policy enforcement for encryption key management and user access controls.<br><br>IBM Guardium Data Encryption uses software agents that are installed in operating systems to apply policies that determine whether the data must be encrypted or decrypted. It can be deployed across environments, including Red Hat and SUSE on Power Systems, AIX, in addition to SAP HANA and Teradata file systems and cloud storage environments. |

| | |
|---|---|
| | (IBM Power Systems Cloud Security Guide: Protect IT Infrastructure in All Layers, IBM REDBOOKS, Apr. 2022, at 77–78, *available at* https://www.redbooks.ibm.com/redpapers/pdfs/redp5659.pdf.) |