# EXHIBIT L

## EXHIBIT L: U.S. PATENT NO. 9,565,200 INFRINGEMENT CLAIM CHART[1]

| Claim 1 | Accused Products |
|---|---|
| A forensic computing platform deployed as a cloud control server which comprises | The preamble is presumptively not limiting. To the extent the preamble is limiting, the Accused Products are a forensic computing platform deployed as a cloud control server.<br><br>**Guardium Data Security Center overview**<br><br>Last Updated: 2026-08-04<br><br>IBM® Guardium® Data Security Center SaaS protects your data from current and emerging risks, including AI threats and cryptographic attacks, through unified security controls. The offering helps you manage the full data security lifecycle, from discovery to remediation, across all your data environments. Use the unified platform to help you break down organizational silos and empower collaboration through integrated workflows, a common view of data assets, centralized compliance policies, and an open ecosystem.<br><br>(Guardium Data Security Center overview, IBM, https://www.ibm.com/docs/en/gdsc/saas?topic=guardium-data-security-center-overview)<br><br>**Guardium topology**<br>– Basic stand-alone architecture: The most basic architecture is for monitoring several databases in one data center: one stand-alone collector appliance and several Guardium S-TAP agents that are installed on the monitored database servers. The S-TAP agents capture and send the relevant database activities to the one Guardium collector for analysis, parsing, and logging.<br>– Mid-size architecture: The mid-size architecture monitors numerous databases across data centers. It consists of multiple collector appliances and numerous S-TAP agents that are installed on the monitored database servers in each data center. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to an aggregator appliance for central reporting. In this example, the aggregator appliance is also serving as the central management appliance for the solution that enables federated management capabilities, such as Access Management, patching, and metadata repository.<br>– Enterprise architecture: The enterprise architecture monitors numerous databases across multiple data centers and continents. This architecture example consists of many collector appliances and numerous S-TAP agents that are installed on mainframe and distributed database servers across data centers. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to the respective aggregator appliance for central reporting. A dedicated Central Manager appliance provides federated management capabilities, such as Access Management, patching, and metadata repository. |

[1] The evidence of infringement identified in the below chart is exemplary and nonlimiting. QuickVault reserves the right to rely on additional and/or alternative aspects of the Accused Products and related components for the purpose of establishing infringement.

| | |
|---|---|
| | (Components and topology, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=started-components-topology)<br><br>The following are the key functional areas of Guardium's database security solution:<br>– Vulnerability assessment. This includes not just discovering known vulnerabilities in database products, but also providing complete visibility into complex database infrastructures, detecting misconfigurations, and assessing and mitigating these risks.<br>– Data discovery and classification. Although classification alone does not provide any protection, it serves as a crucial first step toward defining proper security policies for different data depending on its criticality and compliance requirements.<br>– Data protection. Guardium addresses data encryption at rest and in transit, static and dynamic data masking, and other technologies for protecting data integrity and confidentiality.<br>– Monitoring and analytics. This includes monitoring of database performance characteristics and complete visibility in all access and administrative actions for each instance. On top of that, advanced real-time analytics, anomaly detection, and security information and event management (SIEM) integration can be provided.<br>– Threat prevention. This refers to methods of protection from cyberattacks such as distributed denial-of-service (DDoS) or SQL injection, mitigation of vulnerabilities that are not patched and other database-specific security measures.<br>– Access management. This goes beyond basic access controls to database instances. The rating process focused on more sophisticated, dynamic, policy-based access management capable of identifying and removing excessive user privileges, managing shared and service accounts, and detecting and blocking suspicious user activities.<br>– Audit and compliance. This includes advanced auditing mechanisms beyond native capabilities, centralized auditing and reporting across multiple database environments, enforcing separation of duties, and tools supporting forensic analysis and compliance audits.<br>– Performance and scalability. Although not a security feature, it is a crucial requirement for all database security solutions to be able to withstand high loads, minimize performance overhead and support deployments in high-availability configurations.<br><br>(IBM Guardium, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=overview-guardium) |
| an analytic component, | **Active threat analytics**<br>Last Updated: 2026-04-21 AI<br>The active threat analytics dashboard shows potential security breach cases, based on the outlier mining process and on identified attack symptoms. In this dashboard, you can view and investigate cases, and take actions on individual cases.<br><br>(Active threat analytics, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-active-threat-analytics) |

| | |
|---|---|
| a reporting component, | All products / IBM Guardium Data Protection / 12.x / Was this topic helpful?<br>**Reports**<br>Last Updated: 2026-02-19 AI<br>Data protection requires monitoring of data and file activity. Guardium gathers a large amount of data about your database environment, and about your Guardium system. You can view this data in reports.<br>Guardium provides sophisticated reporting tools that includes many predefined reports. However, you may want to build your own custom report or to modify an existing report.<br>(Reports, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=reports)<br>All products / IBM Security Guardium Insights / 3.x / Was this topic helpful?<br>**Predefined reports, tags, and data points**<br>Last Updated: 2026-03-19<br>Guardium® Insights offers several predefined reports that help you quickly and easily identify security risks, such as inappropriately exposed objects, users with excessive rights, and unauthorized administrative actions. These predefined reports can be copied and customized. They cannot be deleted or modified in any way. Examples of the many predefined reports include: Client IP activity summary, Full SQL, Exception details, and Sensitive object usage.<br>(Predefined reports, tags, and data points, IBM, https://www.ibm.com/docs/en/guardium-insights/3.x?topic=reports-predefined-tags-data-points) |

| | |
|---|---|
| | All products / IBM Guardium Data Protection / 12.x /<br>**Long term retention**<br>Last Updated: 2026-05-21 AI<br>To meet auditing and compliance requirements, Guardium® Data Protection allows you to report on up to 7 years of stored data.<br>(Long term retention, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=system-long-term-retention) |
| an alert component, | All products / IBM Guardium Data Protection / 12.x / Was this topic helpful?<br>**Managing correlation alerts**<br>Last Updated: 2026-02-19 AI<br>An alert is a message that indicates that an exception or policy rule violation was detected. Create and manage correlation alerts from the Add Alert page.<br>(Managing correlation alerts, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-managing-correlation-alerts) |

| | |
|---|---|
| | # Notifications<br>Last Updated: 2026-02-19 AI<br>Use the Alerter and Alert Builder to create notifications. When email or other notifications are required for alerting actions, follow this procedure for each type of notification to be defined.<br>## Alerter configuration<br>1. Before you choose alerting actions, you must be configure the email SMTP settings in theAlerter<br>2. Open the Alerter by clicking **Protect > Database Intrusion Detection > Alerter.**<br>3. Fill out the SMTP and/or SNMP information.<br>4. After filling out each section, click **Test Connection**, and verify that the connection is working. You will receive a message stating the connection is unreachable if the connection is not working.<br>5. Click **Apply** to save the configuration.<br>6. At a minimum, IP Address/Host name, port, and return email address must be specified.<br>7. Select *Mail* from the **Notification Type** menu. If the Severity of the message is *HIGH*, the Urgent flag is set.<br>8. Select a user (which can be an individual or group) from the **Alert Receiver** list. Additional receivers for real-time email notification are Invoker (the user that initiated the actual SQL command that caused the trigger of the policy) and Owner (the owner/s of the database). The Invoker and Owner are identified by retrieving user IDs (IP-based) configured by using the Guardium® APIs.<br>9. Click **Add.**<br>## Build an alert<br>1. After configuring the Alerter, open the Alert Builder by clicking **Protect > Database Intrusion Detection > Alert Builder.**<br>2. Fill out the information in the Settings, Alert Definition, Alert Threshold, and Notification sections and click **Apply.**<br>3. Choose who will receive the notifications by clicking **Add Receiver..** and choosing a user.<br><br>(Notifications, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=alerts-notifications) |

| | |
|---|---|
| | All products / IBM Guardium Data Protection / 12.x / Was this topic helpful?<br><br># Facility and priority of syslog messages<br><br>Last Updated: 2026-02-19 AI<br><br>The facility and priority of messages configured in the Guardium syslog can impact how they are consumed by the Security Incident Event Manager (SIEM).<br><br>You can send a few types of messages to the syslog:<br>– Policy Alerts. For more information, see Creating a real-time alert.<br>– Correlation Alerts. For more information, see Correlation alerts.<br>– Audit Process results. For more information, see Building Audit Processes.<br>– Guardium® predefined alerts. See Predefined alerts.<br><br>## Policy alerts and correlation alerts<br><br>When defining a policy or correlation alert, there are five levels of `severity` that can be picked from the drop down list:<br><br>– info<br>– low<br>– none<br>– med<br>– high<br><br>(Facility and priority of syslog messages, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=system-facility-priority-syslog-messages) |

| | |
|---|---|
| a business logic component, | **Guardium Data Security Center overview**<br>Last Updated: 2026-05-12<br>IBM® Guardium® Data Security Center protects your data from current and emerging risks, including AI threats and cryptographic attacks, through unified security controls. The offering helps you manage the full data security lifecycle, from discovery to remediation, across all your data environments. Use the unified platform to help you break down organizational silos and empower collaboration through integrated workflows, a common view of data assets, centralized compliance policies, and an open ecosystem.<br>(Guardium Data Security Center overview, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=guardium-data-security-center-overview) |
| a policy database, | Policies — Policy definitions are saved on the Central Manager. However, when you install a policy on a Managed Unit, a local copy is made and saved on the Managed Unit. The reason for that is that the Managed Unit is needed to keep on monitoring the database activity and using the policy even when the Central Manager is not available for any reason.<br>**Note:** Installing a policy on a managed node will not upload this policy to the Central Manager until the **Refresh** on the Central Manager is clicked. Versions must be the same between Central Manager and Managed Unit when installing policies else policies will not install and errors are generated.<br>(Guardium Component Services, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=management-guardium-component-services)<br>All products / IBM Guardium Data Protection / 12.x / Was this topic helpful?<br>**Policies**<br>Last Updated: 2026-02-19 AI<br>Policies are sets of rules and actions applied in real time to the database traffic observed by a Guardium system. Policies define which traffic is ignored or logged, which activities require more granular logging, and which activities should trigger an alert or block access to the database.<br>(Policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-policies) |

a user database,

All products / IBM Guardium Data Protection / 12.x /

Was this topic helpful?

# Managing users

Last Updated: 2026-02-19 AI

Use the Access Manager, assigned the username **accessmgr** to add user accounts, enable or disable user accounts, import members from LDAP, or edit user permissions. Open the User Browser and browse the user accounts by clicking **Access > Access Management > User Browser**

(Managing users, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=guardium-managing-users)

| Component | Description |
|---|---|
| Users, Roles and Permissions | Central Manager controls the definition of users, roles, groups and datamart tables for all managed systems. The Central Manager exports the complete set of user, security role, group, and datamart tables definitions on a scheduled basis or on demand. The managed units update their internal databases on an hourly basis. As a result, there might be a delay of up to an hour between the time users, roles, permissions or datamart tables are added or modified on the Central manager and the time that the managed unit applies those updates.<br><br>**Note:** If you have Guardium users or security roles that are defined on an existing stand-alone unit that is about to be registered for central management, those definitions will not be available after the system is registered, unless those users and security roles have also been defined on the Central Manager. You cannot administer users or security roles on a managed unit. Those definitions can be administered only when logged on to the Central Manager. When a unit is unregistered for central management, all added users and security roles are removed leaving only the default users (admin, accessmgr). When installing an Accelerator add-in product (PCI, SOX, etc.), in a Central Manager environment, install it first on the Central Manager and then on the managed unit. Add any roles and users as required for the Accelerator on the Central Manager (and those will be synchronized with the managed unit from there). Accelerator documentation is contained within the Accelerator module. See an overview of PCI Accelerator at the end of this Component Services table. |

(Guardium Component Services, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=management-guardium-component-services)

| | |
|---|---|
| | **Security Roles**<br>Last Updated: 2026-02-19 AI<br>Security roles are used to grant access to data (groups, queries, reports, etc.) and to grant access to applications (Group Builder, Query-Report Builder, Policy Builder, CAS, Security Assessments, etc).<br>By default, when a component is initially defined, only the owner (the person who defined it) and the admin user (who has special privileges) are allowed to access and modify that component.<br>You can allow other users to access the components you define by assigning security roles. For example, if you assign a security role named DBA to an audit process, all users assigned the DBA role will be able to access that audit process.<br>(Security Roles, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=system-security-roles) |
| a meta database | **Components and topology**<br>Last Updated: 2026-02-19 AI<br>Learn about Guardium appliances, agents, and other components.<br>**Guardium components**<br>– Guardium systems:<br>• Collectors: The collector performs real-time capture and analysis of the database activity, and logs it for further analysis and use in alerting.<br>• Aggregators: Guardium aggregators collect and merge information from multiple Guardium collectors, and optionally from other aggregators. They produce holistic views of an entire environment. Collection and aggregation processes allow Guardium to easily generate enterprise-level reports. In a large enterprise environment, for example, several Guardium systems can be used for monitoring different geographic locations or business units. You can export data from multiple collectors to a single aggregator, and view database usage across all geographic areas or business units. Reports, assessments, and audit processes run from this aggregator would then reflect data collected from across the environment.<br>• Central Managers: The central manager (CM) is a specialized functionality that is enabled on an aggregator. In this configuration, one Guardium system is designated as a central manager that controls and monitors an entire Guardium environment, from a single console. In this configuration, collectors and aggregators are referred to as managed units. While some applications (Audit Processes, Queries, Portlets, etc.) can be run from either a managed unit or from the central manager, application's definitions are stored on the central manager. See Aggregation and central management. Central management supports hierarchical aggregation where multiple aggregators merge their data repositories to a central aggregator. This is useful for multi-level views. For example, with different Guardium aggregators assigned to different geographic locations, a central management aggregator can merge the contents of all aggregators into a single global view spanning all geographies. See Data aggregation.<br>To set up your central manager and managed units for Vulnerability Assessment (VA), see Set up your environment for Vulnerability Assessment. |

| | |
|---|---|
| | **Guardium topology**<br>– Basic stand-alone architecture: The most basic architecture is for monitoring several databases in one data center: one stand-alone collector appliance and several Guardium S-TAP agents that are installed on the monitored database servers. The S-TAP agents capture and send the relevant database activities to the one Guardium collector for analysis, parsing, and logging.<br>– Mid-size architecture: The mid-size architecture monitors numerous databases across data centers. It consists of multiple collector appliances and numerous S-TAP agents that are installed on the monitored database servers in each data center. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to an aggregator appliance for central reporting. In this example, the aggregator appliance is also serving as the central management appliance for the solution that enables federated management capabilities, such as Access Management, patching, and metadata repository.<br>– Enterprise architecture: The enterprise architecture monitors numerous databases across multiple data centers and continents. This architecture example consists of many collector appliances and numerous S-TAP agents that are installed on mainframe and distributed database servers across data centers. The S-TAP agents capture and send the relevant database activities to the Guardium collectors for analysis, parsing, and logging. The collectors aggregate activities that are monitored to the respective aggregator appliance for central reporting. A dedicated Central Manager appliance provides federated management capabilities, such as Access Management, patching, and metadata repository.<br><br>(Components and topology, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=started-components-topology)<br><br># Guardium Data Protection data marts<br>Last Updated: 2026-03-02<br><br>Many historical and non-historical data marts can be exported from Guardium® Data Protection systems to Guardium Data Security Center.<br><br>For for information about configuring historical and non-historical data export, see Export data from Guardium Data Protection systems.<br><br>When historical data export is configured for Guardium Data Protection aggregators and central managers configured to act as aggregators, the following data marts are sent to Guardium Data Security Center for the user-defined time period:<br>– Aggregator Access Log - Detailed<br>– Aggregator Access Log Detailed Overflow<br>– Aggregator Classifier Results<br>– Aggregator Exception Log<br>– Aggregator Full SQL<br>– Aggregator Full SQL Overflow<br>– Aggregator Objects<br>– Aggregator Policy Violations - Detailed<br>– Aggregator Policy Violations Overflow<br>– Aggregator Sentences<br>– Aggregator Session Log<br>– Aggregator Session Log Ended<br>– Aggregator VA Results |

<table>
<tr><td></td><td>(Guardium Data Protection data marts, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=systems-guardium-data-protection-data-marts)</td></tr>
<tr><td>and a settings database;</td><td>
Appliance Settings<br><br>
This report displays configuration settings from a Guardium system. Use the appliance settings report to quickly review and validate Guardium settings.<br><br>
<table>
<tr><th>Domain</th><th>Based on Query</th><th>Main Entity</th></tr>
<tr><td>Internal - not available</td><td>Active S-TAPs changed</td><td>Not available</td></tr>
</table>
<table>
<tr><th>Run-Time Parameter</th><th>Operator</th><th>Default Value</th></tr>
<tr><td>Show Aliases</td><td></td><td>Radio buttons (On, Off, Default)</td></tr>
<tr><td>Remote Data Source</td><td></td><td>Drop-down menu</td></tr>
</table>
(Predefined admin reports, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=reports-predefined-admin)<br><br>
Configuring system backup<br><br>
Last Updated: 2026-02-19 AI<br><br>
System backups store all the necessary data and configuration values to restore a Guardium Server. Configure and schedule regular system backups during the implementation stage.
</td></tr>
</table>

| | |
|---|---|
| | (Configuring system backup, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=backup-configuring-system)<br><br>**backup config**<br><br>These commands back up and restore configuration information from the internal administration tables. The backup config command stores data in the /media/backup directory. The backup config command removes license and other machine-specific information. The backup system command provides a more comprehensive backup of the configuration and the entire system.<br><br>(File handling CLI commands, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=commands-file-handling-cli) |
| the forensic computing platform further comprising at least one endpoint that comprises a deployed software agent, | – Agents (required and most common):<br>• Software TAP agent (S-TAP®): Windows: S-TAP user's guide and Linux and UNIX systems: S-TAP user's guide.<br>• Guardium Installation Manager agent (GIM): The GIM server is installed as part of the Guardium system. It communicates with the GIM client, that is installed on servers that host databases or file systems that you want to monitor. It facilitates agent installation and updating and configuration modification of agents. See Guardium Installation Manager<br>• Change Audit System agent (CAS): The CAS agent is installed on the database server. It captures change audit information of configuration files and more on the database server. See Configuration Auditing System (CAS)<br>• Instance Discovery agent: The instance discovery agent is installed on the database server and sends database, listener, and port information to Guardium.<br>– Datasource: A Guardium datasource identifies a specific database instance. Access to datasources may be restricted based on the roles assigned to the datasource and to the applications that use it. For example, the Value Change Auditing application requires a high level of administrative access that would not be appropriate for other less privileged applications.<br>– Inspection engine: neither a component nor an agent, an inspection engine is a required configuration that specifies the database platform and the instances that the S-TAP monitors on the S-TAP host (database server). One S-TAP often has many inspection engines.<br><br>(Components and topology, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=started-components-topology)<br><br>All products / IBM Guardium Data Protection / 12.x / Was this topic helpful?<br><br>**Windows: S-TAP user's guide**<br><br>Last Updated: 2026-03-31 AI<br><br>The Guardium S-TAP is a lightweight software agent installed on database servers and file servers. The S-TAP generally accounts for between 1% - 3% of CPU usage. In most installations, the impact is negligible with no noticeable impact on performance. The information collected by the S-TAPs is the basis of all Guardium traffic reports, alerts, visualizations, etc. |

(Windows: S-TAP user's guide, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=windows-s-tap-users-guide)

# File activity monitoring functionality

Last Updated: 2026-02-19 AI

FAM functionality on Windows™ and UNIX® file servers is similar to data monitoring. Understand the similarities and differences.

FAM Support lists the supported platforms for FAM discovery, classification, and monitoring.

*Figure 1. FAM functionality in UNIX file servers*




*Figure 2. FAM functionality in Windows file servers*



| | |
|---|---|
| | Discovery and classification are handled by a discovery agent, called the file crawler. The file crawler sends the file metadata, and data from its discovery and classification processes, to the Guardium system. The scan schedule is configurable. Subsequent (incremental) scans, after initial discovery and classification, identify incremental changes of new and changed files only. Install and configure the file crawler with the Guardium Installation Manager (GIM) just as you would any other bundle.<br><br>In UNIX servers, file activity monitoring is implemented by the S-TAP, running on the file server. For NFS volumes, it is important that an S-TAP installed and configured on all servers that access those volumes. One S-TAP agent can manage both file server and database activity monitoring. If you have licenses for both capabilities, you can use the same S-TAP agent for both file and database activity monitoring. Install and configure S-TAP with the Guardium Installation Manager (GIM) just as you would any other bundle.<br><br>(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |
| the deployed software agent comprising modules to detect, classify, delete, encrypt, and redact data stored on the at least one endpoint, | **"the deployed software agent compris[es] modules to detect [and] classify . . . data stored on the at least one endpoint"**<br><br>**Discovery and classification**<br><br>FAM discovery and classification (Windows file system, AIX file system, Red Hat, and Ubuntu) give entitlement and content classification details of given file server folders. Based on its results, you can create smart policies, define groups, and audit their files, focusing on the important assets (by using FAM monitoring).<br><br>**Monitor, Audit, and Block**<br><br>FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events.<br><br>(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |

| | |
|---|---|
| | The following are the key functional areas of Guardium's database security solution:<br>– Vulnerability assessment. This includes not just discovering known vulnerabilities in database products, but also providing complete visibility into complex database infrastructures, detecting misconfigurations, and assessing and mitigating these risks.<br>– Data discovery and classification. Although classification alone does not provide any protection, it serves as a crucial first step toward defining proper security policies for different data depending on its criticality and compliance requirements.<br>– Data protection. Guardium addresses data encryption at rest and in transit, static and dynamic data masking, and other technologies for protecting data integrity and confidentiality.<br>– Monitoring and analytics. This includes monitoring of database performance characteristics and complete visibility in all access and administrative actions for each instance. On top of that, advanced real-time analytics, anomaly detection, and security information and event management (SIEM) integration can be provided.<br>– Threat prevention. This refers to methods of protection from cyberattacks such as distributed denial-of-service (DDoS) or SQL injection, mitigation of vulnerabilities that are not patched and other database-specific security measures.<br>– Access management. This goes beyond basic access controls to database instances. The rating process focused on more sophisticated, dynamic, policy-based access management capable of identifying and removing excessive user privileges, managing shared and service accounts, and detecting and blocking suspicious user activities.<br>– Audit and compliance. This includes advanced auditing mechanisms beyond native capabilities, centralized auditing and reporting across multiple database environments, enforcing separation of duties, and tools supporting forensic analysis and compliance audits.<br>(IBM Guardium, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=overview-guardium)<br>Continuous scanning and discovery<br>Automatic identification and classification<br>**Support all data types and platforms**<br>Use one product to discover all types of data, irrespective of storage types or the location.<br>Automated intelligence<br>(IBM Guardium Discover and Classify, IBM, https://www.ibm.com/products/guardium-discover-and-classify) |

**"the deployed software agent compris[es a] module[] to . . . delete . . . data stored on the at least one endpoint"**

**GuardAPI examples: create policy with multi-Action Rule**

Multi-Action Rule for FAM - Multi-action rules are comprised of multiple actions, each one is per a specified command category or a specified group. The commands in a FAM context are: Read, Write, Delete, Execute and File Operation. If the system does not support Multi-Action Rules, it ignores the rule and continues to the next rule.

```
grdapi create_policy ruleSetDesc=policy1 isFam=true
grdapi create_fam_rule policyName=policy1 ruleName=rule1 serverHost="x.x.x.x" filePath="/famtest/*"
add_action_to_fam_rule policyName=policy1 ruleName=rule1 command="DELETE, READ" actionName="Alert and Audit" notificationType="SYSLOG"
add_action_to_fam_rule policyName=policy1 ruleName=rule1 command="WRITE" actionName="Alert and Audit" notificationType="MAIL"
```

(Using rules for file activity policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-using-rules-file-activity-policies)

**Monitor, Audit, and Block**

FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events.

In UNIX servers, file activity monitoring is implemented by the S-TAP, running on the file server. For NFS volumes, it is important that an S-TAP installed and configured on all servers that access those volumes. One S-TAP agent can manage both file server and database activity monitoring. If you have licenses for both capabilities, you can use the same S-TAP agent for both file and database activity monitoring. Install and configure S-TAP with the Guardium Installation Manager (GIM) just as you would any other bundle.

In Windows servers, file activity monitoring is implemented by the FamMonitor bundle. It is installed independently from S-TAP.

UID chain for FAM: FAM identifies the process and the user that performed the access (and not external programs). For instance if Process 1 (`user janedoe`) creates Process 2 (`user johndoe`), then for file events that are related to process 2, FAM reports the UID chain of `{janedoe, johndoe}`. For example, `(1,root,systemd)>(10077,root,sshd)>(50136,root,sshd)>(50169,donald,sshd)>(50170,donald,bash)->(50217,donald,ls)`

UID chain is always enabled in Windows databases. For Linux-Unix, enable the UID chain with the **`hunter_trace`** parameter. For more information, see Linux-Unix: General Parameters.)
Monitoring activities are presented in the following predefined reports: **`Users privileges`**, **`File privileges`**, **`Count of activity per user`**, **`Count of activity per client`**, **`Files open to "public"`**, **`Dormant users`**, **`Dormant Files`**, and others. In addition, monitoring activities are also shown in the **`FAM - Access report`** (log of all monitored activity), and in the Investigation Dashboard.

Access to files can also be blocked, even if the operating system permissions allow access. The rules are preinstalled into the S-TAP, which then loads them into the file system filter driver. The driver blocks access to the file so that the data in the file is never delivered to the user.

(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality)

| | |
|---|---|
| | **Attack surface reduction**<br>IBM Guardium Discover and Classify helps to minimize your attack surface by categorizing and eliminating data that has been duplicated, is unused or is no longer critical to protect. It takes inventory of sensitive data throughout the ecosystem and uses tagging capabilities to classify risk assessments and generate context around data assets. By only keeping necessary sensitive data and getting rid of old or useless records and files, you can better address compliance and reporting requirements.<br><br>(IBM Guardium Discover and Classify, IBM, https://www.ibm.com/products/guardium-discover-and-classify)<br><br>**"the deployed software agent compris[es a] module[] to . . . encrypt . . . data stored on the at least one endpoint"**<br><br>File system agent<br><br>The InfoSphere Guardium Data Encryption file system agent process is always running in the background. The agent intercepts any attempt to access data files, directories, or executables that you are protecting. The InfoSphere Guardium Data Encryption file system agent forwards the access attempt to the security server and, based upon the applied policy, the security server grants or denies the attempted access.<br><br>InfoSphere Guardium Data Encryption protection extends beyond simply allowing or denying access to a file, you can also encrypt files. Just the file contents is encrypted, but the file metadata is left intact. Therefore, you do not have to decrypt an encrypted file just to see it's name, timestamps, file type, and so on. This allows data management applications to perform their functions without exposing the file contents. For example, backup managers can backup specific data, without being able to see the contents.<br><br>If an encrypted file is accessed by an unauthorized user, its contents are worthless without the appropriate security server approval and encryption keys. However, users with the correct policies and permissions are unaware that encryption and decryption are taking place. |

| | |
|---|---|
| | (IBM InfoSphere Guardium Data Encryption for encryption of data at rest, IBM, https://www.ibm.com/docs/en/db2/12.1.x?topic=rest-infosphere-guardium-data-encryption)<br><br>**"the deployed software agent compris[es a] module[] to . . . redact data stored on the at least one endpoint"**<br><br>IBM Guardium Data Encryption provides encryption offerings that make data unreadable at the file, database, or application level, regardless of where it is stored.<br><br>By using methods, such as tokenization, it can convert a meaningful piece of data (for example, an account number) into a random string of characters (a token) that has no meaningful value if breached.<br><br>Other capabilities include data masking that is useful when only parts of a data field must be obfuscated. This encryption solution can also assist administrators who must establish and maintain access control policies that can be mapped to compliance requirements for audit reporting.<br><br>IBM Guardium Data Encryption provides the following benefits:<br>► Granular data encryption at the file, database, or application level for data that is stored on-premises or in the cloud.<br>► Obscure data at rest with tokenization or specific parts of data fields with data masking.<br>► Consistent policy enforcement for encryption key management and user access controls.<br><br>IBM Guardium Data Encryption uses software agents that are installed in operating systems to apply policies that determine whether the data must be encrypted or decrypted. It can be deployed across environments, including Red Hat and SUSE on Power Systems, AIX, in addition to SAP HANA and Teradata file systems and cloud storage environments. |

| | |
|---|---|
| | (IBM Power Systems Cloud Security Guide: Protect IT Infrastructure in All Layers, IBM REDBOOKS, Apr. 2022, at 77–78, available at https://www.redbooks.ibm.com/redpapers/pdfs/redp5659.pdf.)<br><br>The following are the key functional areas of Guardium's database security solution:<br>– Vulnerability assessment. This includes not just discovering known vulnerabilities in database products, but also providing complete visibility into complex database infrastructures, detecting misconfigurations, and assessing and mitigating these risks.<br>– Data discovery and classification. Although classification alone does not provide any protection, it serves as a crucial first step toward defining proper security policies for different data depending on its criticality and compliance requirements.<br>– Data protection. Guardium addresses data encryption at rest and in transit, static and dynamic data masking, and other technologies for protecting data integrity and confidentiality.<br>– Monitoring and analytics. This includes monitoring of database performance characteristics and complete visibility in all access and administrative actions for each instance. On top of that, advanced real-time analytics, anomaly detection, and security information and event management (SIEM) integration can be provided.<br>– Threat prevention. This refers to methods of protection from cyberattacks such as distributed denial-of-service (DDoS) or SQL injection, mitigation of vulnerabilities that are not patched and other database-specific security measures.<br>– Access management. This goes beyond basic access controls to database instances. The rating process focused on more sophisticated, dynamic, policy-based access management capable of identifying and removing excessive user privileges, managing shared and service accounts, and detecting and blocking suspicious user activities.<br>– Audit and compliance. This includes advanced auditing mechanisms beyond native capabilities, centralized auditing and reporting across multiple database environments, enforcing separation of duties, and tools supporting forensic analysis and compliance audits.<br><br>(IBM Guardium, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=overview-guardium)<br><br>**Extrusion actions**<br>Last Updated: 2026-02-19 AI<br><br>Use the REDACT and GET_SERVER_DATA actions to manage sensitive data.<br><br>Available extrusion actions:<br>– REDACT<br>– GET_SERVER_DATA<br><br>**REDACT**<br>The REDACT action requires *log record affected* and *inspect return data* to be enabled for the inspection engine. It is executed on analyzer level of sniffer processing and can prevent execution of the first SQL statement without redaction being applied with the firewall mode activated. |

| | |
|---|---|
| | (Extrusion actions, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=actions-extrusion)<br>– **Redacting data example**<br>The REDACT rule action is similar to redaction in extrusion rules. Use REDACT to replace a matched pattern in SQL statements that are sent from client to server and mask the matched values.<br>(Session-level policy examples, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=policies-session-level-policy-examples) |
| the forensic computing platform causing the following steps to occur when executing computer instructions stored in a memory of the cloud control server: receiving from the deployed software agent on the at least one endpoint a meta log associated with a first file comprising data, the meta log containing a first file name, data element tags comprising indicators that data fields or data types are included in the first file, and one or more of a date created, deleted, or | **Discovery and classification**<br>FAM discovery and classification (Windows file system, AIX file system, Red Hat, and Ubuntu) give entitlement and content classification details of given file server folders. Based on its results, you can create smart policies, define groups, and audit their files, focusing on the important assets (by using FAM monitoring).<br>The basic discovery scan identifies the list of folders and files, their owner, access permissions, size, and the date and time of the last update. It also identifies user permissions and group permissions. Discovery supports all file types. Classification is defined by decision plans. Each decision plan contains rules for recognizing a certain type of data. (Decision plans for File Activity Monitoring are analogous to classification policies for Data Activity Monitoring.) FAM classification for Linux® and Windows is based on IBM Content Classification. Classification supports many types of files, including: Plain text, HTML, Office, PDF, PST (Microsoft™ Outlook folder; Microsoft Outlook must be installed), and NSF (Lotus Notes®® database) format. Lotus Notes is not required but NSF is supported by running a script that is installed with IBM® Content Classification. For complete lists of supported text types, see What data types are supported and `Oracle Text Supported Document Formats` in Oracle documentation. Default decision plans exist for HIPAA, PCI, SOX, and Source Code. You can change the classification entities from the resulting reports or investigation dashboard, by using the default decision plans. In addition, you can create new plans, or modify existing plans, by using the Content Classifier workbench, a Windows application you upload to your collector appliance. See the requirements for IBM Content Classification Version 8.8, in the http://www-01.ibm.com/support/docview.wss?uid=swg27020838 IBM technote. Plans are activated and configured through the Guardium® Installation Manager (GIM).<br>Discovery and classification are handled by a discovery agent, called the file crawler. The file crawler sends the file metadata, and data from its discovery and classification processes, to the Guardium system. The scan schedule is configurable. Subsequent (incremental) scans, after initial discovery and classification, identify incremental changes of new and changed files only. Install and configure the file crawler with the Guardium Installation Manager (GIM) just as you would any other bundle.<br>(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |

| | |
|---|---|
| modified, a user name, and an endpoint ID; | **Guardium Data Protection data marts**<br>Last Updated: 2026-03-02<br><br>Many historical and non-historical data marts can be exported from Guardium® Data Protection systems to Guardium Data Security Center.<br><br>For for information about configuring historical and non-historical data export, see Export data from Guardium Data Protection systems.<br><br>When historical data export is configured for Guardium Data Protection aggregators and central managers configured to act as aggregators, the following data marts are sent to Guardium Data Security Center for the user-defined time period:<br>– Aggregator Access Log - Detailed<br>– Aggregator Access Log Detailed Overflow<br>– Aggregator Classifier Results<br>– Aggregator Exception Log<br>– Aggregator Full SQL<br>– Aggregator Full SQL Overflow<br>– Aggregator Objects<br>– Aggregator Policy Violations - Detailed<br>– Aggregator Policy Violations Overflow<br>– Aggregator Sentences<br>– Aggregator Session Log<br>– Aggregator Session Log Ended<br>– Aggregator VA Results<br><br>(Guardium Data Protection data marts, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=systems-guardium-data-protection-data-marts) |

# Default report tags

Guardium Insights provides these predefined report tags:

– Activity
– Assets
– Audit-activity
– Brute-force
– Classification
– Connections
– Connection-events
– Data mart
– Denial-of-Service
– Guardium-monitoring
– Guardium-activity
– Insider
– Insider-and-privileged-activity
– Internal
– Notification
– Outliers
– Privileged-activity
– Vulnerability

You can also create your own report tags when creating or working with a custom report.

# Report data points and columns

Default Guardium Insights report data types include:

| | |
|---|---|
| Created time | The time when the asset was created |
| Updated time | The time when the asset was updated |

<table>
<tr><td></td><td>

| | |
|---|---|
| OS user | OS user |
| DB user | Database user is the user that connected to the database, either locally or remotely |
| Client IP | Client IP address |
| Client hostname | Client hostname |

(Predefined reports, tags, and data points, IBM, https://www.ibm.com/docs/en/guardium-insights/3.x?topic=reports-predefined-tags-data-points)
</td></tr>
</table>

| | |
|---|---|
| | The default dashboards contain data for the last hour presented in one or more of:<br>– Trimetric charts (3–axis data graphs). The default view is a color map. Additional views are bar graph, bubble graph, line graph, pie graph, step graph, and area graph.<br>– Results table: provides the search results and investigation features of the original quick search. The Results Table is always at the bottom of the dashboard. It can be added to any dashboard. Tabs are:<br>▪ Activity: Summary and Details tabs showing monitored data, based on the file server policy rules. Each row in the Summary tab gives the number of instances of recorded access activities per server and OS user. The Details tab adds the Server Hostname, Server, Client Hostname, Client IP, OS user, File Full Name, Command, Date and Time. Each row in the Details tab gives full details on one activity. Data in the Activity tab is consistent with the date and time of the collector.<br>▪ Outliers: see Interpreting file activity outliers in the investigation dashboard<br>▪ Errors: Summary and Details tabs. Each row in the Summary tab gives the number of instances of reported errors per server and client IP, and the date. The Detailed Summary adds the error details, and the time. Each row in the Details tab gives full details on one error.<br>▪ Violations: Summary and Details tabs. Each row in the Summary tab gives the number of instances of recorded violations per server, source program and OS user combination. The Detailed Summary adds the Client IP, severity, violation and violation details, date, and time. Each row in the Details tab gives full details on one violation. Data in the Violations tab is consistent with the data and time of the file server.<br>▪ Entitlement: Summary and Details tabs. For file servers, this tab presents sensitive data based on the current FAM decision plans. Each row in the Summary tab gives the number of instances of recorded access activities per server and owner. The Details tab adds the Server Hostname, full path, Type, , Size, Classification Entities (the decision plan that caused this file to be identified as sensitive), Owner, Client Hostname, Client IP, OS user, File Full Name, users and groups with write, read, execute, and delete permissions, last modification, Version (Sharepoint only), creation time, Date, and Time. Each row in the Details tab gives full details on one activity. You can use the data in this table to create policy rules and groups for file servers, see Creating a FAM policy rule from the Investigative Dashboard Entitlements tab.<br><br>(Investigation Dashboard for files, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=dashboards-investigation-dashboard-files) |

| | |
|---|---|
| storing the meta log in the cloud control server of the forensic computing platform; |   (File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |

| | |
|---|---|
| | **Long term retention**<br><br>Last Updated: 2026-05-21 AI<br><br>To meet auditing and compliance requirements, Guardium® Data Protection allows you to report on up to 7 years of stored data.<br><br>12.2.x and later This feature is available in 12.2.x and later versions of Guardium.<br><br>After long term retention (or cold storage) is set up for your environment, use Guardium Data Protection reports to manage and monitor storage.<br><br>(Long term retention, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=system-long-term-retention)<br><br>**Guardium Data Protection data marts**<br><br>Last Updated: 2026-03-02<br><br>Many historical and non-historical data marts can be exported from Guardium® Data Protection systems to Guardium Data Security Center.<br><br>(Guardium Data Protection data marts, IBM, https://www.ibm.com/docs/en/gdsc/3.x?topic=systems-guardium-data-protection-data-marts) |
| analyzing the data of the first file based on a configured setting and criteria; | **Monitor, Audit, and Block**<br><br>FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events.<br><br>(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality)<br><br>**Policies**<br><br>Last Updated: 2026-02-19 AI<br><br>Policies are sets of rules and actions applied in real time to the database traffic observed by a Guardium system. Policies define which traffic is ignored or logged, which activities require more granular logging, and which activities should trigger an alert or block access to the database.<br><br>(Policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-policies) |

| | |
|---|---|
| | # Discover<br>Last Updated: 2026-02-19 AI<br><br>Discovery refers to processes of locating and identifying objects in your environment that must be tracked for security and compliance purposes.<br><br>Discovery is the process of finding important objects such as privileged users, sensitive data, and datasources. Classification is the process of appropriately identifying what is discovered for security and compliance purposes. These processes of discovery and classification are important in large organizations where mergers, acquisitions, and legacy systems introduce new objects to your environment in unstructured or unpredictable ways. Guardium® helps you incorporate these objects into your environment so you can enforce effective security policies and ensure compliance.<br><br>A common scenario involves the discovery of sensitive data. Sensitive data refers to regulated information like credit card numbers, personal financial data, social security numbers, and other information that requires special handling. Guardium supports two different approaches for discovering sensitive data: by using the Discover Sensitive Data workflow builder, or by using the Policy Builder with other Guardium tools. The Discover Sensitive Data workflow builder is intended as an all-inclusive tool for establishing discovery and classification processes for sensitive data. Use it to specify rules for discovery, define actions to take on discovered data, specify which data sources to scan, distribute reports, and run the workflow on an automated schedule. For more advanced users, the Policy Builder supports more granular discovery and classification rules that can be easily incorporated into existing processes and Guardium applications.<br><br>(Discover, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=discover)<br><br># Using rules for file activity policies<br>Last Updated: 2026-02-19 AI<br><br>A file activity monitoring policy specifies how Guardium handles different file activity events. Each policy consists of a set of ordered rules. Each rule in a policy defines a conditional action that is taken when the rule matches. The conditional test can be simple, for example a user accesses a specific location, or a complex test that considers multiple conditions. The action ranges from nothing to blocking the event. Multiple grouping and alerting actions can be combined and ordered to create sophisticated responses to matched rules.<br><br>You can, for example, define policies for these cases:<br>– Log a policy violation if John writes into the CONFIDENTIAL folder<br>– Block a group of users from deleting the file SALARIES.XLS<br>– Send an e-mail to Krishna if JENNY reads from any files that begin with the name sample*<br>– Audit all accesses to any file that has been classified as containing sensitive data related to PCI<br><br>(Using rules for file activity policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-using-rules-file-activity-policies) |

| | |
|---|---|
| | **Active threat analytics**<br>Last Updated: 2026-04-21 AI<br>The active threat analytics dashboard shows potential security breach cases, based on the outlier mining process and on identified attack symptoms. In this dashboard, you can view and investigate cases, and take actions on individual cases.<br>Active threat analytics runs on central managers and stand-alone units.<br>(Active threat analytics, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-active-threat-analytics) |
| determining, based on the indicators of the data element tags, that a data classification associated with the data is inappropriate for the first file; and | **Discover**<br>Last Updated: 2026-02-19 AI<br>Discovery refers to processes of locating and identifying objects in your environment that must be tracked for security and compliance purposes.<br>Discovery is the process of finding important objects such as privileged users, sensitive data, and datasources. Classification is the process of appropriately identifying what is discovered for security and compliance purposes. These processes of discovery and classification are important in large organizations where mergers, acquisitions, and legacy systems introduce new objects to your environment in unstructured or unpredictable ways. Guardium® helps you incorporate these objects into your environment so you can enforce effective security policies and ensure compliance.<br>(Discover, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=discover)<br>**Monitor, Audit, and Block**<br>FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events.<br>(File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality) |

| | |
|---|---|
| | Predefined reports, tags, and data points<br><br>Last Updated: 2026-03-19<br><br>Guardium® Insights offers several predefined reports that help you quickly and easily identify security risks, such as inappropriately exposed objects, users with excessive rights, and unauthorized administrative actions. These predefined reports can be copied and customized. They cannot be deleted or modified in any way. Examples of the many predefined reports include: Client IP activity summary, Full SQL, Exception details, and Sensitive object usage.<br><br>(Predefined reports, tags, and data points, IBM, https://www.ibm.com/docs/en/guardium-insights/3.x?topic=reports-predefined-tags-data-points)<br><br>**Rule criteria**<br>For any given file access, rule criteria are used to evaluate whether a particular action should be taken. For any datasource or group of datasources (file servers), the rule criteria that you can specify include:<br>**User:** The OS user who is accessing files. This can also be a group of users, as defined in a Guardium group. If this is left blank then the rule applies to all users (except root).<br>**File Path:** This can be a Windows or UNIX file path, an individual file path, or a group of file paths, as defined in a Guardium group. This cannot be blank (except when removable media is selected). You can also select to monitor the subdirectories in the file path.<br>Wild cards in the name specification:<br>– The '*' character matches any number of any characters<br>– The '?' character matches one single character<br>– For UNIX, use back slash to escape * and ?<br><br>(Using rules for file activity policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-using-rules-file-activity-policies) |

The default dashboards contain data for the last hour presented in one or more of:

– Trimetric charts (3–axis data graphs). The default view is a color map. Additional views are bar graph, bubble graph, line graph, pie graph, step graph, and area graph.

– Results table: provides the search results and investigation features of the original quick search. The Results Table is always at the bottom of the dashboard. It can be added to any dashboard. Tabs are:

- Activity: Summary and Details tabs showing monitored data, based on the file server policy rules. Each row in the Summary tab gives the number of instances of recorded access activities per server and OS user. The Details tab adds the Server Hostname, Server, Client Hostname, Client IP, OS user, File Full Name, Command, Date and Time. Each row in the Details tab gives full details on one activity. Data in the Activity tab is consistent with the date and time of the collector.
- Outliers: see Interpreting file activity outliers in the investigation dashboard
- Errors: Summary and Details tabs. Each row in the Summary tab gives the number of instances of reported errors per server and client IP, and the date. The Detailed Summary adds the error details, and the time. Each row in the Details tab gives full details on one error.
- Violations: Summary and Details tabs. Each row in the Summary tab gives the number of instances of recorded violations per server, source program and OS user combination. The Detailed Summary adds the Client IP, severity, violation and violation details, date, and time. Each row in the Details tab gives full details on one violation. Data in the Violations tab is consistent with the data and time of the file server.
- Entitlement: Summary and Details tabs. For file servers, this tab presents sensitive data based on the current FAM decision plans. Each row in the Summary tab gives the number of instances of recorded access activities per server and owner. The Details tab adds the Server Hostname, full path, Type, , Size, Classification Entities (the decision plan that caused this file to be identified as sensitive), Owner, Client Hostname, Client IP, OS user, File Full Name, users and groups with write, read, execute, and delete permissions, last modification, Version (Sharepoint only), creation time, Date, and Time. Each row in the Details tab gives full details on one activity. You can use the data in this table to create policy rules and groups for file servers, see Creating a FAM policy rule from the Investigative Dashboard Entitlements tab.

(Investigation Dashboard for files, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=dashboards-investigation-dashboard-files)

# Policies

Last Updated: 2026-02-19 AI

Policies are sets of rules and actions applied in real time to the database traffic observed by a Guardium system. Policies define which traffic is ignored or logged, which activities require more granular logging, and which activities should trigger an alert or block access to the database.

(Policies, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-policies)

| | |
|---|---|
| | Organizations must secure sensitive data across hybrid cloud and SaaS environments while meeting strict compliance demands. IBM Guardium Data Protection helps you discover and classify data, monitor activity in real time, manage vulnerabilities, respond to threats quickly and simplify compliance—ensuring trusted protection for your data everywhere.<br>(IBM Guardium Data Protection, IBM, https://www.ibm.com/products/guardium-data-protection)<br># File activity monitoring on Windows and Unix-Linux file servers<br>Last Updated: 2026-02-19 AI<br>File Activity Monitoring discovers the sensitive data on your servers; classifies content using pre-defined or user defined definitions; configures rules and policies about data access, and actions to be taken when rules are met.<br>File activity monitoring consists of the following capabilities:<br>– Discovery includes collecting metadata and entitlements for files and folders.<br>– Classification uses *decision plans* to identify potentially sensitive data in the files, such as credit card information or personally identifiable information.<br>– Monitoring and collection of audit information and policy rules, and real time alerts or blocking of suspicious users or connections.<br>(File activity monitoring on Windows and Unix-Linux file servers, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=gs-file-activity-monitoring-windows-unix-linux-file-servers) |
| reporting the result of the analysis and determination to an authorized system administrator. | # Reports<br>Last Updated: 2026-02-19 AI<br>Data protection requires monitoring of data and file activity. Guardium gathers a large amount of data about your database environment, and about your Guardium system. You can view this data in reports.<br>(Reports, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=reports) |

| | |
|---|---|
| | # Predefined reports, tags, and data points<br><br>Last Updated: 2026-03-19<br><br>Guardium® Insights offers several predefined reports that help you quickly and easily identify security risks, such as inappropriately exposed objects, users with excessive rights, and unauthorized administrative actions. These predefined reports can be copied and customized. They cannot be deleted or modified in any way. Examples of the many predefined reports include: Client IP activity summary, Full SQL, Exception details, and Sensitive object usage.<br><br>(Predefined reports, tags, and data points, IBM, https://www.ibm.com/docs/en/guardium-insights/3.x?topic=reports-predefined-tags-data-points)<br><br># Managing correlation alerts<br><br>Last Updated: 2026-02-19 AI<br><br>An alert is a message that indicates that an exception or policy rule violation was detected. Create and manage correlation alerts from the Add Alert page.<br><br>Alerts are triggered in two ways:<br><br>– A *correlation alert* is triggered by a query that looks back over a specified time period to determine whether the alert threshold is met. The Guardium anomaly detection engine runs correlation queries on a scheduled basis. By default, correlation alerts do not log policy violations, but they can be configured to do that.<br>– A *real-time alert* is triggered by a security policy rule. The Guardium inspection engine component runs the security policy as it collects and analyzes database traffic in real time. For more information about real-time alerts, see Understanding policies and Alerting rule actions.<br><br>(Managing correlation alerts, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-managing-correlation-alerts)<br><br>**Monitor, Audit, and Block**<br><br>FAM monitors, alerts, and blocks file access according to the Guardium policy rules. The rules specify which file servers and files to monitor and what actions to take if policy rules are violated, for example, log the violation, alert, or block access. Monitored Operations are Read, Write, Execute, Delete, Change Owner, Permissions, Properties. Any activity that matches the security policy rules criteria is sent to the Guardium collector where it is stored in the Guardium repository. (FAM is different from database activity monitoring, where the S-TAP® sends all data activity to Guardium for monitoring.) All events that are recorded in the Guardium repository are audited events. |

| | |
|---|---|
| | (File activity monitoring functionality, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=servers-file-activity-monitoring-functionality)<br><br>**Active threat analytics**<br><br>Last Updated: 2026-04-21 AI<br><br>The active threat analytics dashboard shows potential security breach cases, based on the outlier mining process and on identified attack symptoms. In this dashboard, you can view and investigate cases, and take actions on individual cases.<br><br>Active threat analytics runs on central managers and stand-alone units.<br><br>(Active threat analytics, IBM, https://www.ibm.com/docs/en/gdp/12.x?topic=protect-active-threat-analytics) |